Dismissed and Memorandum Opinion filed July 27, 2006








Dismissed
and Memorandum Opinion filed July 27, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00247-CV

____________

 

DON PHILLIPS d/b/a ADVENT RESTORATION, Appellant

 

V.

 

CHRIS K. LOVETT d/b/a LOVETT HARDWOOD FLOORING, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County,
Texas

Trial Court Cause
No. 792,168

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 8, 2005.  On July 19, 2006, appellant
filed a motion to dismiss the appeal because the case settled in mediation.  See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July
27, 2006.

Panel consists of Chief Justice Hedges and Justices Yates and Guzman.